## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re**<br><br>**NICOLE ANN CROW**<br>**GARRETT JOSEPH LOUIS**<br>Debtor(s) | **In Chapter 13 Proceeding**<br>**No. 23-42012-MJH**<br><br>**ORDER ON MOTION TO APPROVE SETTLEMENT AND APPROVE SPECIAL COUNSEL'S FEES** |

It is hereby ORDERED

1. The Debtor may settle his personal injury claim with Aaron Thompson and Black Diamond Construction that occurred on or about August 11, 2022.

2. Special Counsel Cydney C. Webster and the law firm of GLP Attorneys P.S. are awarded their attorney fees as provided in the Ex Parte Order Approving Employment on January 14, 2025.

3. From the Settlement Cydney C. Webster and the law firm of GLP Attorneys shall pay all settlement costs and fees, attorney fees and costs to their firm as previously

approved, and the following claims which were are not included as creditors in the Debtors' bankruptcy:

   A. NW Emergency Physicians

   B. AMR Rural Metro

   C. Olympia Emergency Services

   D. Tacoma ER Care Phy w/PSC

4. From the Settlement proceeds Debtors' may also be paid directly the amount of $10,000.00 to the Debtors so that they may purchase a used vehicle

5. All remaining funds shall be sent to Michael G. Malaier, Chapter 13 Trustee with the bankruptcy case number on the check to him at PO BOX 120, Memphis, TN 38101-0120.

6. The Trustee shall payoff the remainder of the Chapter 13 Plan and return any funds remaining after all administrative and Plan fees have been paid to the Debtors.

/// end of order ///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)